UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JASON VEACH,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Civil No. 1:20-cv-00261-AA<br><br><br><br>ORDER |

Based upon the conferral of the parties on Plaintiff's Motion for Approval of Attorney Fees Pursuant to 42 U.S.C. § 406(b), Plaintiff's Motion is hereby granted in the sum of $26,843.25 reduced by $12,795.54 in Equal Access to Justice Act ("EAJA") fees for a net of $14,046.71  as full settlement of all claims for attorney fees.  Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, John E. Haapala, Jr., less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to his office at 401 E. 10th Ave., Eugene, OR 97401, consistent with this order. There are no other costs.

   DATED this 27th day of    July     2022.


                                  /s/Ann Aiken                          
                                 UNITED STATES JUDGE

Presented by:
John E. Haapala, Jr.
Attorney for Plaintiff

Page 1     ORDER